UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN R. LANKFORD,

                            Plaintiff,

                                                                                               DECISION AND ORDER

                                                                                               07-CV-6264L

                            v.

CSX TRANSPORTATION, INC. and
CONSOLIDATED RAIL CORPORATION, et al.,

                            Defendants.
_____

       Defendants CSX Transportation, Inc. and Consolidated Rail Corporation filed a motion to dismiss for plaintiff's failure to comply with the Court's discovery orders. By order entered October 1, 2008 (Dkt. #59), this Court set a scheduling order for replying to the motion. That order is hereby vacated.

       The motion is referred to United States Magistrate Judge Marian W. Payson pursuant to 28 U.S.C. § 636(b) to conduct all proceedings relative to the motion and to issue a Report and Recommendation to this Court as to whether the complaint should be dismissed.

       IT IS SO ORDERED.

                                                       _____
                                                             DAVID G. LARIMER
                                                             United States District Judge

Dated: Rochester, New York
        October 7, 2008.