UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

JOHN R. LANKFORD,

                      Plaintiff,

                                                               DECISION AND ORDER

                                                               07-CR-6264L

                v.

CSX TRANSPORTATION, INC., et al.,

                      Defendants.
_____

       The supervision of discovery and motions related to it have been referred to United States Magistrate Judge Marian W. Payson pursuant to 28 U.S.C. 636(b). Magistrate Judge Payson issued an oral Report and Recommendation on November 13, 2008 recommending that defendants' motion to dismiss (Dkt. #57) be denied.

       The oral argument before Magistrate Judge Payson and her ruling were recorded and those have been made available to this Court. No objections have been filed to Magistrate Judge Payson's Report and Recommendation and the time within which to do so has expired.

       Therefore, I accept and adopt the oral recommendation of United States Magistrate Judge Marian W. Payson, and I deny defendants' motion to dismiss (Dkt. #57).

       IT IS SO ORDERED.

                                                   _____
                                                      DAVID G. LARIMER
                                                United States District Judge

Dated: Rochester, New York
       December 12, 2008.